# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No:  16-cv-00629 WJM-STV

THE ESTATE OF JOHN PATRICK WALTER,
by and through its personal representative, DESIREE' Y. KLODNICKI,

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF FREMONT;
ALLEN COOPER, in his official capacity as Fremont County Sheriff; and
JAMES BEICKER, individually.

    Defendants.

_____

## STIPULATED STATEMENT OF THE CASE

_____

    The parties submit this stipulated statement of the case.

## PROPOSED STATEMENT OF THE CASE[1]

This is a civil case. This case arises from the death of a man named John Patrick Walter. Mr. Walter died in a jail in Fremont County Colorado. Mr. Walter was arrested and taken to the Fremont County Jail on April 3, 2014. He died in the jail 17 days later, on April 20, 2014. Mr. Walter's estate is suing Fremont County and its Sheriff at the time, James Beicker. Mr. Walter's estate claims that Mr. Walter's constitutional right to adequate medical care was violated while he was in jail. Fremont County and former Sheriff Beicker deny that they violated Mr. Walter's constitutional right to adequate medical care.

---

[1] Limited to one paragraph in length. *See* WJM Revised Practice Standards VI.B.

Dated this 29th day of August, 2019.

                              Respectfully submitted,

                              BUDGE & HEIPT, P.L.L.C.

                              */s/ Edwin S. Budge*
                              Edwin S. Budge
                              Erik J. Heipt
                              Budge & Heipt, PLLC
                              705 Second Ave., Suite 910
                              Seattle, WA 98104
                              ed@budgeandheipt.com
                              erik@budgeandheipt.com
                              Attorneys for Plaintiff

                              */s/ William T. O'Connell, III*
                              William T. O'Connell, III
                              Katherine M.L. Pratt
                              Wells, Anderson & Race, LLC
                              1700 Broadway, Suite 1020
                              Denver, CO 80290
                              woconnell@warllc.com
                              kpratt@warllc.com
                              Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned certifies that on the date stated below this document was sent to the defense attorneys listed below at the stated e-mail addresses:

William T. O'Connell, III
Katherine M.L. Pratt
Wells, Anderson & Race, LLC
1700 Broadway, Suite 1020
Denver, CO 80290
woconnell@warllc.com
kpratt@warllc.com

Dated this 29th day of August, 2019.

                                                  */s/ Edwin S. Budge*
                                                  Edwin S. Budge