**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No:  16-cv-00629 WJM-STV

THE ESTATE OF JOHN PATRICK WALTER,
by and through its personal representative, DESIREE' Y. KLODNICKI,

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF FREMONT;
ALLEN COOPER, in his official capacity as Fremont County Sheriff; and
JAMES BEICKER, individually.

    Defendants.

_____

**PLAINTIFF'S PROPOSED VERDICT FORMS**
_____

    Plaintiff, the Estate of John Patrick Walter, provides these Proposed Verdict Forms.

2

## Verdict as to James Beicker

**Question #1**: Is James Beicker liable to the Estate of John Patrick Walter?

_____  _____
(Yes)                                                         (No)

If you answer is "Yes," proceed to Questions 2 and 3 below. If your answer is "No," move on to the next verdict form.

**Question #2**: Do you award punitive damages against James Beicker?

_____  _____
(Yes)                                                         (No)

**Question #3**: If your answer to Question #2 is "No" move on to the next verdict form. However, if your answer to Question #2 is "Yes," enter the amount of punitive damages you award against James Beicker:

$_____.

## **Verdict as to Fremont County**

**Question #1**:  Is Fremont County liable to the Estate of John Patrick Walter? (Note that you cannot award punitive damages against Fremont County.)

_____                                             _____
(Yes)                                                                                            (No)

## **Verdict as to General Damages**

**Question # 1**:  If you have found on either of the two previous verdict forms that either James Beicker or Fremont County (or both) are liable to the Estate of John Patrick Walter, enter the amount of money that you believe will reasonably and fairly compensate the Estate of John Patrick Walter for any physical or emotional pain and mental anguish or loss of life you believe was caused to Mr. Walter as a result of such liability. (If you have found on either of the two previous verdict forms that neither James Beicker nor Fremont County are liable to the Estate of John Patrick Walter, enter "N/A.")

$_____

The foreperson should sign and date these Verdict Forms, and then you should inform the Courtroom Deputy that you have reached a verdict.

_____        _____

(Foreperson)                                                         (Date)

Dated this 29th day of August, 2019.

        Respectfully submitted,

        BUDGE & HEIPT, P.L.L.C.


        */s/ Edwin S. Budge*
        Edwin S. Budge
        Erik J. Heipt
        Budge & Heipt, PLLC
        705 Second Ave., Suite 910
        Seattle, WA 98104
        ed@budgeandheipt.com
        erik@budgeandheipt.com
        Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the date stated below this document was filed with the Clerk of the Court for the United States District Court for the District of Colorado, via the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

William T. O'Connell, III
Katherine M.L. Pratt
Wells, Anderson & Race, LLC
1700 Broadway, Suite 1020
Denver, CO 80290
woconnell@warllc.com
kpratt@warllc.com

Dated this 29th day of August, 2019.

　　　　　　　　　　　　　　　　　　　　　　　__/s/ Edwin S. Budge_____
　　　　　　　　　　　　　　　　　　　　　　　Edwin S. Budge