IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date: September 30, 2019
Deputy Clerk: Anna Frank
Court Reporter: Mary George

| | |
|---|---|
| Civil Action No. **16-cv-0629-WJM-STV** | Counsel: |
| THE ESTATE OF JOHN PATRICK WALTER, | Edwin Budge<br>Erik Heipt |
| Plaintiff, | |
| v. | |
| THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF FREMONT,<br>ALLEN COOPER, in his official capacity as Fremont County Sherriff, and<br>JAMES BEICKER, | William O'Connell, III<br>Katherine Pratt |
| Defendants. | |

## COURTROOM MINUTES

**Jury Trial, Day 1**

**8:33 a.m.    Court in session.**

Appearances of Counsel.

Also seated at Plaintiff's table is Ms. Desiree Klodnicki. Also seated at Defendant's table is Ms. Brenda Jackson and Defendant Mr. James Beicker.

Jury panel not present.

Opening remarks by the Court.

**ORDERED:** Plaintiff's oral motion for Rule 615 sequestration is granted, all witnesses are sequestered and excluded from the courtroom.

Discussion held regarding Defendant's witness Mr. Justin Green.

**8:58 a.m.     Court in recess.**
**9:06 am.      Court in session.**

Jury panel is present.

**Jury Selection**

Court's remarks to prospective jurors.

Voir dire of prospective jurors by the Court.

**10:32 a.m.    Court in recess.**
**10:49 a.m.    Court in session.** Jury panel is present.

Voir dire of prospective jurors by Mr. Budge for the Plaintiff.

Voir dire of prospective jurors by Mr. O'Connell for the Defendants.

Challenges for cause:
1. 100404263
2. 100413964
3. 100391835
4. 100379583
5. 100391948

The parties exercise their peremptory challenges.

Plaintiff's challenges:
1. 100417057
2. 100410362
3. 100418402

Defendant's challenges:
1. 100404040
2. 100389703
3. 100381891

Jurors sworn to try case:
1. 100405622
2. 100416103
3. 100376841
4. 100379211
5. 100393036
6. 100391475

7. 100393536
8. 100420704

8 jurors seated and sworn.

The Court reviews the Code of Conduct with the members of the jury.

**11:58 a.m.**   **Court in recess.**
**1:20 p.m.**    **Court in session.** Jury present.

1:21 p.m.   Opening statement by Mr. Budge on behalf of the Plaintiff.

1:45 p.m.   Opening statement by Ms. Pratt on behalf of the Defendants.

2:10 p.m.   Plaintiff's witness Ms. Laura McMahon is called and sworn.

Direct examination of Ms. McMahon by Mr. Heipt.

Plaintiff's Exhibits 75, 71, 72 and 67 are admitted into evidence.

Cross-examination of Ms. McMahon by Ms. Pratt.

Redirect examination of Ms. McMahon by Mr. Heipt.

Ms. McMahon is excused.

2:49 p.m.   Plaintiff's witness Mr. James Wheaton is called and sworn.

Direct examination of Mr. Wheaton by Mr. Budge.

**3:04 p.m.**   **Court in recess.**
**3:24 p.m.**   **Court in session.** Jury present.

Continued direct examination of Mr. Wheaton by Mr. Budge.

Plaintiff's Exhibit 101, 95, 96, 97, 98, 99, 100, 82, 77, 84, and 104 are admitted into evidence.

Cross-examination of Mr. Wheaton by Ms. Pratt.

Redirect examination of Mr. Wheaton by Mr. Budge.

Mr. Wheaton is excused.

4:51 p.m.   Jury in recess.

**4:52 p.m.**     **Court in recess. Jury excused until October 1, 2019 at 8:35 a.m.**

Total time in court:   6:12