IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 16-cv-0629-WJM-STV

THE ESTATE OF JOHN PATRICK WALTER,
by and through its personal representative, DESIREE' Y. KLODNICKI,

      Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF FREMONT; and JAMES BEICKER, individually,

      Defendants.

---

## VERDICT FORM

---

We, the jury, upon our oaths, find and state as follows:

### Part A: Defendant Beicker.

**1.** Has the Plaintiff proven, by a preponderance of the evidence, each element of its claim against Defendant Beicker?

    \_\_\_\_\_ YES

    __X__ NO

> If your answer is "Yes" to Question 1, go on to Question 2. Otherwise, skip directly to Question 3.

**2.** Has the Plaintiff proven, by a preponderance of the evidence, that Defendant Beicker acted with reckless or callous indifference to Mr. Walter's constitutional rights?

    \_\_\_\_\_ YES

    \_\_\_\_\_ NO

## Part B: Defendant Fremont County.

3. Has the Plaintiff proven, by a preponderance of the evidence, each element of its claim against Defendant Fremont County?

  \_\_\_\_\_ YES

  __X__ NO

> If your answer is "Yes" to Question 1 or Question 3 (or both), go on to Question 4. Otherwise, skip the remaining questions and go directly to the signature block at the end of this verdict form.

## Part C: Damages.

4. What amount of money do you award to the Plaintiff to reasonably and fairly compensate it for any physical pain, emotional pain, mental anguish, or loss of life that you believe was caused to Mr. Walter by the Defendant(s) you found liable?

  $ _____

5. If you answered "Yes" to Question 2, what amount of punitive damages, if any, do you award against Defendant Beicker?

  $ _____

The Foreperson must sign and date this Verdict Form, and then give a note to the Bailiff stating that you have reached a verdict, but do _not_ give this Verdict Form to the Bailiff.

Oct. 8, 2019
DATE

Juror Names Redacted
FOREPERSON

1:15 pm
TIME

2